1  Sandra C. Muñoz, Esq., SBN 190404
   LAW OFFICES OF SANDRA C. MUÑOZ
2  A PROFESSIONAL LAW CORPORATION
3  5429 E. BEVERLY BLVD.
   LOS ANGELES, CA 90022
4  Telephone:  323.720.9400
5  Facsimile:  323.720.9090
   Email:  sandra@scmlawoffices.com
6
7  Attorneys for Plaintiff
   LETICIA BEDOLLA
8
9  Adam Y. Siegel (SBN 238568)
   Adam.Siegel@jacksonlewis.com
10 Zoe Yuzna (SBN 268496)
11 Zoe.Yuzna@jacksonlewis.com
   JACKSON LEWIS P.C.
12 725 South Figueroa Street, Suite 2500
13 Los Angeles, California  90017-5408
   Telephone:  (213) 689-0404
14 Facsimile:  (213) 689-0430
15
16 Attorneys for Defendants
   AECOM and AECOM MANAGEMENT SERVICES, INC.
17 (erroneously sued as URS FEDERAL SERVICES, INC.)
18
               **UNITED STATES DISTRICT COURT**
19
               **CENTRAL DISTRICT OF CALIFORNIA**
20

| LETICIA BEDOLLA, an individual, | Case No.: 5:19-cv-1281 JGB (SHKx) |
|---|---|
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| AECOM, a California Corporation, URS FEDERAL SERVICES, INC., a Maryland Corporation, and DOES 1-10, | Complaint Filed:   July 12, 2019 |
| Defendants, | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff LETICIA BEDOLLA and defendants AECOM and AECOM MANAGEMENT SERVICES, INC. (erroneously sued as URS FEDERAL SERVICES, INC.), by and through their counsel of record, submit this Joint Stipulation for Dismissal of Entire Action with Prejudice and hereby stipulate and agree to the following:

1. Plaintiff filed her Complaint in this action on July 12, 2019; and
2. Plaintiff now agrees to dismiss all remaining causes of action in her Complaint against all Defendants with prejudice.

Dated: March 1, 2021

Respectfully Submitted,

LAW OFFICES OF SANDRA C. MUÑOZ

By: /s/ Sandra C. Muñoz
SANDRA C. MUÑOZ, ESQ.

Attorneys for Plaintiff
LETICIA BEDOLLA

Dated: March 1, 2021

Respectfully Submitted,

JACKSON LEWIS P.C.

By: /s/ Zoe Yuzna
ADAM Y. SIEGEL, ESQ.
ZOE YUZNA, ESQ.

Attorneys for Defendants
AECOM and AECOM MANAGEMENT SERVICES, INC. (erroneously sued as URS FEDERAL SERVICES, INC.)

I am the ECF User whose identification and password are being used to file this Joint Report. In compliance with Local Rule -5-4.3.4(a)(2)(i), I hereby attest that all other signatory concurred in this filing and has authorized this filing.

4829-1223-2414, v. 1